157 A.3d 830

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. MICHAEL T. WILFONG, DEFENDANT–
PETITIONER.

December 2, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001553–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.